Mattie Dodds, Appellee, v. Chicago Transit Authority, and Richard Brouilette, Appellants.

Gen. No. 46,645. (Abstract of Decision.)

First District, Second Division.

February 21, 1956.

Rehearing denied March 20, 1956.

Released for publication April 3, 1956.

 Thomas C. Strachan, Jr., James O. Dwight, Chester A. Wynne, Arthur J. Donovan, and John W. Freels, for Chicago Transit Authority, defendant-appellant; Clausen, Hirsh & Miller, for Richard Brouilette, defendant-separate appellant; David P. Krasner, for appellee; Charles T. Shanner, of counsel. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.